CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
KATE L. MORRIS (Bar No. 332159)
(E-Mail: Kate_Morris@fd.org)
KIM SAVO (Bar No. 223197)
(E-Mail: Kim_Savo@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MALIK LAMONT POWELL

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00256-JFW |
| Plaintiff, | Order |
| v. | |
| MALIK LAMONT POWELL. | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Malik Powell's unredacted sentencing position, as well as the *ex parte* application for under-seal filing shall be filed under seal.

DATED: February 8, 2022

*[signature]*
HONORABLE JOHN F. WALTER
United States District Judge

Presented by:

/s/ Kate L. Morris
KATE L. MORRIS
Deputy Federal Public Defender